

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00155-CV

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE,**

                                                    **Appellant**

 **v.**

**TROY THOELE,**

                                                    **Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 1828674

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

Appellee has filed a *pro se* "Notice of Dismissal and Motion for Abeyance."  The parties

explain that this interlocutory appeal is moot because the underlying case has been

dismissed in its entirety.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  *See id.*  Appellant's motion to dismiss is therefore granted.

Appellee's motion for abeyance is denied.  This appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed July 18, 2018
[CV06]

